# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Anallanci Barragan )
)
)
)

CASE NUMBER 08mj1671

ABSTRACT OF ORDER

Booking No. 08648298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/10/08

the Court entered the following order:

X Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

X Defendant released on $ 10,000 P/S bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other. ___

JAN M. ADLER

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

R. Rhone

Received [signature] DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY