**SARA M. PELOQUIN**
California Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: sara_peloquin@fd.org

Attorneys for Ms. Barragan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANALLANCI BARRAGAN,<br><br>Defendant. | Case No.: 08CR1878-IEG<br><br>Date: December 8, 2008<br>Time: 9:00 a.m.<br><br>**ACKNOWLEDGMENT OF NEXT COURT DATE** |

I, Anallanci Barragan, acknowledge that I am required to appear in court on December 8, at 9 a.m. for sentencing in the above captioned case.

DATED: August 13, 2008

ANALLANCI BARRANGAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 08CR01878-IEG |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| **ANALLANCI BARRAGAN,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

James Melendres, Assistant United States Attorney
880 Front Street
San Diego, CA 92101

Dated: August 21, 2008

*<u>/s/ Sara M. Peloquin</u>*
**SARA M. PELOQUIN**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: sara_peloquin@fd.org